FILED

2003 NOV -7 P 12: 25

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUÉ, | : | CIVIL ACTION NO. |
| | : | 3:00 CV 01583 (SRU/WIG) |
| Plaintiff, | : | |
| v. | : | |
| OFFICER JAMES S. GARFIELD, INDIVIDUALLY, CITY OF MILFORD | : | |
| Defendants. | : | NOVEMBER 6, 2003 |

## APPEARANCE

Please enter my appearance as attorney for the Plaintiff, Richard Roqué, in the above-captioned matter.

Dated at Hartford, Connecticut, this 6th day of November, 2003.

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

PLAINTIFF,
RICHARD ROQUÉ

By_____
Jose M. Rojas
Federal Bar No. ct22569
For Shipman & Goodwin
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5700
Jrojas@goodwin.com
His Attorney

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Appearance was mailed, postage prepaid, this 6th day of November 2003, to:

Robert Avery Rhodes, Esq.
Stephen P. Fogerty, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

Jose M. Rojas

356712 v.01 S2

3

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385