FILED

2003 NOV -7 P 12: 25

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUÉ, | : | CIVIL ACTION NO. |
| | : | 3:00 CV 01583 (SRU/WIG) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OFFICER JAMES S. GARFIELD, | : | |
| INDIVIDUALLY | : | |
| | : | |
| Defendant. | : | NOVEMBER 6, 2003 |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), the Plaintiff, Richard Roqué, moves for leave to amend his complaint initially filed pro se and in forma pauperis. The proposed First Amended Complaint is attached hereto as Exhibit A. Mr. Roqué initially filed his complaint as a pro se party. The attached complaint attempts to more clearly define the plaintiff's legal and factual claims. No new defendants have been added, and the legal basis for the claim remains 42 U.S.C. § 1983. However, in addition to Mr. Roqué's allegation of excessive force, he additionally pleads that the excessive force was in violation of Mr. Roqué's right to equal protection of the law.

The Defendant, Officer James S. Garfield, will suffer no prejudice as a result of this amended complaint.

For the reasons stated herein, the plaintiff Richard Roqué, respectfully requests that the Court grant him permission to file an Amended Complaint.

          PLAINTIFF,
          RICHARD ROQUÉ

          By _____
          José M. Rojas
          Federal Bar No. ct22569
          For Shipman & Goodwin
          One American Row
          Hartford, CT 06103-2819
          Tel: (860) 251-5000
          Fax: (860) 251-5700
          Jrojas@goodwin.com
          His Attorney

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing First Amended Complaint was mailed, postage prepaid, this 6th day of November 2003, to:

Robert Avery Rhodes, Esq.
Stephen P. Fogerty, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

*Jose M. Rojas*

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUÉ, | : | CIVIL ACTION NO. |
| | : | 3:00 CV 01583 (SRU/WIG) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OFFICER JAMES S. GARFIELD, | : | |
| INDIVIDUALLY | : | |
| | : | |
| Defendant. | : | NOVEMBER 6, 2003 |

## FIRST AMENDED COMPLAINT

This action is brought pursuant to 42 U.S.C. §§ 1983 and 1988 and the Fourth and Fourteenth Amendments to the United States Constitution. This Court has jurisdiction of this action under 42 U.S.C. § 1983, 28 U.S.C. § 1343, and 28 U.S.C. § 1331.

## PARTIES

1.  Richard Roqué is a Hispanic male who is a resident of the County of Fairfield, State of Connecticut and the United States of America.

2.  At all times referred to herein, James S. Garfield was a police officer employed by The City of Milford.

3.      On or about August 31, 1997, Plaintiff was operating a motor vehicle within the City of Milford when he was stopped by Defendant Garfield because he was driving a vehicle in which a shoplifting suspect was a passenger.

4.      After stepping out of his vehicle, the Plaintiff, Richard Roqué, attempted to flee from Officer Garfield down an embankment on the side of I-95. The Defendant Garfield apprehended the Plaintiff on a platform at the Stratford Railroad Station. The Defendant raised his arms in the air and surrendered to the Defendant at that time.

5.      Notwithstanding the Plaintiff's surrender, the Defendant violently assaulted the Plaintiff, including kicking the Plaintiff in or near the knee with a steel-plated boot and shoving him off the railroad platform, causing him to fall onto the railroad tracks.

6.      As a result of the fall onto the train platform, the Plaintiff sustained a broken hip and leg and a number of other injuries, including bruises, bumps and lacerations.

7.      As a result of his injuries, the Plaintiff laid incapacitated.

8.      Despite the Plaintiff's incapacitation, the Defendant Garfield jumped down onto the railroad tracks and continued to assault the Plaintiff, this time using his metallic handcuffs, violently striking the Plaintiff upon his head.

9.      Throughout this assault, the Plaintiff was unarmed, incapacitated and did not pose any threat to the Defendant Garfield.

10.     Throughout the assault, a sergeant of the Milford Police Department stood by and allowed the assault to transpire.

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

11. The Plaintiff, being severely wounded, was transported to Milford Hospital for evaluation and treatment.

**COUNT ONE (As to Defendant Garfield)**

12. Paragraphs 1 through 11 of this Complaint are incorporated as though fully set forth herein.

13. As a direct and proximate result of the above-referenced unlawful and malicious physical abuse of Plaintiff committed by Defendant Garfield under color of law and under his authority as a City of Milford Police Officer, Plaintiff suffered grievous bodily harm and was deprived of his right to be secure in his person against unreasonable seizure of his person, in violation of the Fourth and Fourteenth Amendments of the Constitution of the United States.

14. As a direct and proximate result of the malicious and outrageous conduct of Defendant Garfield as set forth above, Plaintiff suffered severe and permanent injuries and damages including a fracture of his hip and leg, blunt trauma and blunt trauma injuries including severe bruises, contusions, abrasions on his head and his body. Plaintiff's body was rendered weak, stiff, sore, painful and causing Plaintiff great anguish, fear and consternation.

15. The acts of Defendant Garfield as set forth above were intentional, wanton, malicious and oppressive, thus entitling Plaintiff to an award of punitive damages.

3

**COUNT TWO (as to Defendant Garfield)**

16. Paragraphs 1 through 15 of this Complaint are incorporated as though fully set forth herein.

17. Defendant Garfield acted intentionally and maliciously deprived the Plaintiff of his rights to equal protection under the law by treating him differently than similarly situated suspects for no rational reason and/or based on his national origin, ancestry and/or race.

18. Plaintiff's rights to equal protection under the law are secured to the Plaintiff by the Fourteenth Amendment to the Constitution of the United States and by 42 U.S.C. §§ 1983 and 1988. As a result of the conduct of the Defendant, Plaintiff has suffered and will continue to suffer damages including physical injury and severe mental anguish.

WHEREFORE, Plaintiff respectfully prays judgment as follows:

1. Compensatory damages against all Defendants in an amount to be proven at trial;

2. For exemplary and punitive damages against Defendants in an amount to be proven at trial;

3. For costs of suit herein, including Plaintiff's reasonable attorney's fees; and

4. For such other and further relief as the Court deems proper.

4

PLAINTIFF,
RICHARD ROQUÉ


By_____
    Jose M. Rojas
    Federal Bar No. ct22569
    For Shipman & Goodwin
    One American Row
    Hartford, CT 06103-2819
    Tel: (860) 251-5000
    Fax: (860) 251-5700
    Jrojas@goodwin.com
    His Attorney


## CERTIFICATION OF SERVICE

    I hereby certify that a copy of the foregoing First Amended Complaint was mailed, postage prepaid, this _____ day of November 2003, to:

Robert Avery Rhodes, Esq.
Stephen P. Fogerty, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880


_____
Jose M. Rojas

356712 v.01 S1

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385