UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD ROQUE,<br>Plaintiff<br>V.<br><br>JAMES S. GARFIELD,<br>Defendant | : CIVIL ACTION<br>: NO. 3:00 CV 1583(SRU)~~(WIG)~~<br>:<br>:<br>:<br>:<br>: November 12, 2003 |

## DEFENDANT'S OBJECTION PLAINTIFF'S MOTION TO AMEND COMPLAINT DATED NOVEMBER 6, 2003

I.  INTRODUCTION

The present action arises from the arrest of the plaintiff on or about August 31, 1997. The present action was filed on or about August 18, 2000, and consisted of a claim of excessive force. A scheduling order was issued on December 12, 2001, in which discovery was to be completed by May 12, 2002, with dispositive motions to be filed on or before June 12, 2002. Written discovery was served on or about April 5, 2002. Compliance with said discovery was not received until November 6, 2002. Due to the plaintiff's failure to timely respond to written discovery, the deadline for completing discovery was enlarged on several occasions. The plaintiff was finally deposed at the Cheshire Correctional Facility on April 17, 2003 concerning his claim of

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

excessive force. On September 10, 2003, the Court held a status conference in which this matter was scheduled for trial on March 15, 2004.

By motion dated November 6, 2003, the plaintiff now seeks to add a claim under the Equal Protection Clause of the Fourteenth Amendment to the Constitution. The defendant objects to this motion as the amendment adds a distinct new legal theory after this matter has already been deemed trial ready and long after the completion of discovery. The defendant will be severely prejudiced by this amendment as he will be unable to perform any discovery concerning this claim. Additionally, the plaintiff would not be able to address this issue by way of a dispositive motion. Finally, for over three years this case has been based on a claim of excessive force and has been defended in a manner consistent with that claim. The plaintiff now seeks to interject the issue of race into this case in a blatant attempt to inflame the jury at trial.

II. ARGUMENT

A. THE PROPOSED AMENDMENT WOULD BE PREJUDICIAL AND FUTILE.

The present matter concerns the arrest of the plaintiff following a foot pursuit from a motor vehicle stop. The motor vehicle stop was performed in response to a shop lifting complaint in which the plaintiff's vehicle was identified as the 'get away'

- 2 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

vehicle. The passengers in the plaintiff's vehicle were ultimately arrested on charges relating to the shoplifting complaint. The plaintiff was subsequently convicted of assaulting Officer Garfield during the arrest. The plaintiff now seeks to add a claim under the Equal Protection Clause, alleging that force was used because of the plaintiff's race.

Although leave to amend a pleading under the Federal Rules of Civil Procedure "shall be freely given when justice so requires," Fed.R.Civ.P. 15(a), such leave will be denied when an amendment is offered in bad faith, would cause undue delay or prejudice, or would be futile. See Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227, 230, 9 L.Ed.2d 222 (1962).

In the present case, the proposed amendment comes three years after the filing of the complaint and almost seven months after the plaintiff's deposition. Most importantly, this proposed amendment comes after the completion of discovery and after this case has already been scheduled for trial in March of 2004. If this amendment is permitted, the defendant will be denied an opportunity to conduct any discovery concerning this claim and will be denied an opportunity to address this claim in a dispositive motion.

Additionally, this is a claim of excessive force. In this case, the plaintiff was arrested after he fled from Officer Garfield during a motor vehicle stop. The plaintiff

- 3 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

was convicted of assaulting Officer Garfield during his arrest. The only issue in this case is, and should remain, whether the force used by Officer Garfield was reasonable. There is no basis for an equal protection claim as the force used in this case will be judged solely on the facts and circumstances of this specific incident. The force used by Officer Garfield in affecting the plaintiff's arrest is not and cannot be dictated by force used in arrests of other individuals under other circumstances. Therefore, this single incident cannot be the basis for an equal protection claim and the proposed amendment is futile.

Finally, based on the plaintiff's conviction for assault, he clearly used physical force to resist Officer Garfield's attempts to arrest him. So there is no reason or good faith basis to support the plaintiff's claim that force was used because of race. The plaintiff is simply attempting to now interject the issue of race in order to inflame the jury at trial. Therefore, there is no good cause or good faith basis for this amendment at this late date.

- 4 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

III.   **CONCLUSION**

For the foregoing reasons, the plaintiff's Motion to Amend Complaint should be denied.

 

DEFENDANT,
JAMES GARFIELD

By: _____
Robert A. Rhodes of ct 13583
HALLORAN & SAGE, LLP
315 Post Road West
Westport, CT 06880
Juris No. 412195
Their Attorneys

- 5 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

## CERTIFICATION

This is to certify that on this 12th day of November, 2003, the foregoing was either mailed, postpaid, or hand-delivered to:

Attorney Jose M. Rojas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

_____
ROBERT A. RHODES

484722.1(HS-FP)

- 6 -

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195