UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2003 NOV 21  P 3: 56

RICHARD ROQUE

v.                                    CIVIL NO: 3:00V1583 (SRU)

OFFICER JAMES S. GARFIELD, E T AL.

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 29 and at the Court's request, <u>Jose M. Rojas, Esquire of Shipman & Goodwin, One American Row, Hartford, Connecticut 06103, Tel: (860) 251-5000</u> is appointed as counsel for the plaintiff, <u>Richard Roque</u>, in the above-captioned case.

Dated at Bridgeport, Connecticut this 21st day of November, 2003.

KEVIN F. ROWE, Clerk
By

Cynthia Earle,
Staff Attorney