UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Richard Rogue

V.

James S. Garfield

Case Number: 3:00cv1583

FILED
2003 DEC -4 P 12: 47
US DISTRICT COURT

## Motion for Appointment of Counsel

Doc. # **46**

**GRANTED. Attorney Jose M. Rojas of Shipman & Goodwin, LLP is hereby appointed as plaintiff's counsel pursuant to Local Rule 83.10(b). So ordered.**

Dated at Bridgeport, Connecticut, December 4, 2003.

Stefan R. Underhill
United States District Judge