UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUÉ, | : | CIVIL ACTION NO. |
| | : | 3:00 CV 01583 (SRU) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OFFICER JAMES S. GARFIELD, | : | |
| | : | |
| Defendant. | : | NOVEMBER 11, 2003 |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES
TO DEFENDANT JAMES S. GARFIELD**

Pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, the plaintiff, Richard Roqué, hereby requests that the following Interrogatories be answered by the defendant, under oath, within(30) days from the date of service.

**INTERROGATORIES**

1. Please state your full name, address, date and place of birth, height, weight, social security number, driver's license number, employer, and badge number.

**ANSWER:**

2. Please state the name and address for each of your employers for the past ten (10) years and for each also state:

(a) the inclusive dates of employment at such place of employment;

(b) the reason for leaving each such place of employment;

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

(c)   the nature of your work and duties; and

(d)   if a previous employer included a branch of the U.S. military, please also state the branch and nature of your discharge.

**ANSWER:**

3.   Have you received any special training for the position of police officer for the city of Milford? If so, state:

(a)   the nature and substance of the training you received;

(b)   the inclusive dates of the period during which you received training;

(c)   the name and address of each and any specialized school you attended to receive such training;

(d)   the dates of attendance at each such specialized school;

(e)   the nature and substance of the training offered at each such specialized school;

(f)   the degree or certificate, if any, that you received from each such specialized school.

**ANSWER:**

4.   Has your employer ever distributed to you, or required the reading of, any materials concerning the law of arrest and/or the constitutional rights of citizens? (Include the period of your original training and any subsequent materials during the term of your service as a police officer.) If yes, state:

(a) the title, author, and publication date of each such piece of material;

(b) the date when such material was given to you to read;

(c) whether or not you actually read each such piece of material.

**ANSWER:**

5. Have you ever been, or are you currently, the subject of or the defendant in any inquiry, complaint, disciplinary action, or other administrative action or lawsuit, either civil or criminal? If so, please set forth:

(a) the name and address of each complainant/plaintiff;

(b) the name and address of each defendant;

(c) the nature of the cause of action;

(d) the date on which the action was instituted;

(e) the case number;

(f) the name and address of the attorney for each party;

(g) the date of trial or final disposition of the matter;

(h) the final disposition of the matter;

(i) the department, administrative body, or court where such action was or is now pending.

**ANSWER:**

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

6. Do you claim that you had knowledge or a reasonable belief that a crime had been committed and that plaintiff had committed it? If yes, state:

 (a) the source of or manner in which you acquired such knowledge or reasonable belief;

 (b) the substance of your knowledge or reasonable belief;

 (c) the exact nature of the crime you believe he had committed;

 (d) the number of the statute or section of the penal code allegedly violated by him.

**ANSWER:**


7. State whether you, or any other officer, informed plaintiff that he was under arrest.

 (a) If yes, state:

  i. the name of the officer who informed plaintiff that he was under arrest;

  ii. the place and time plaintiff was informed that he was under arrest;

  iii. the substance of the statement informing plaintiff that he was under arrest;

  iv. the substance of plaintiff's reply, if any, to the statement advising him that he was under arrest.

**ANSWER:**

(b) If negative, state:

  i. the name, badge number, and address of each officer to whom plaintiff addressed an inquiry;

  ii. the substance of his inquiry;

  iii. the reply of each officer to his inquiry.

  iv. the reason or reasons for your failure to inform plaintiff that he was under arrest.

**ANSWER:**


8. Did you make any oral or written report, statement, or memorandum to anyone of the details of the incident involving plaintiff on August 31, 1997? If yes, state:

(a) the date, time, and place you made each such report;

(b) the name, badge number, and address of every person to whom you made such a report;

(c) the nature and substance of each such report;

(d) the name and address of the present custodian of each such report.

**ANSWER:**

-5-

9. Please state whether or not you have had any conversations or communications, other than privileged communications with your attorney(s), regarding the subject incident with anyone in the city of Milford Police Department, or anyone outside of the department, subsequent to the subject incident, and if so, further set forth:

   (a)   who participated in each such conversation or communication (each individual's name, address, phone number, employer, and badge number, if applicable);

   (b)   the verbatim substance of the conversation or communication;

   (c)   the date and time of day of each such conversation or communication;

   (d)   whether the conversation or communication was oral or written, and if written, the name and address of the present custodian of such written conversation or communication.

   **ANSWER:**

10. Please state whether you have ever pleaded guilty or been convicted of a felony, misdemeanor, or ordinance violation. If so, please further state as to each:

   (a)   the city and state where convicted;

   (b)   the date of conviction or guilty plea;

   (c)   the offense of which you were convicted or to which you pleaded guilty;

   (d)   the name, address, and cause number of the court involved;

   (e)   the name used by you at the time of the conviction or guilty plea;

   (f)   the punishment imposed and the date of the imposition of sentence, if sentence was imposed.

   **ANSWER:**

**SHIPMAN & GOODWIN** LLP • *COUNSELORS AT LAW*
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

11. At the time of the incident alleged in plaintiff's complaint, was there in effect one or more policies of insurance by or through which the city of Milford, the city of Milford Police Department, and/or its police officers and employees were insured in any manner or to any extent, whether primary or excess coverage, with respect to any of the claims, causes of action, injuries, or damages alleged or claimed against you in said complaint? If so, please set forth:

    (a)    the total number of such policies;

    (b)    the name and address of the company issuing each such policy;

    (c)    the policy number of each such policy;

    (d)    the effective dates of the policy;

    (e)    the exact identity of each named insured as set forth on each such policy;

    (f)    the limits of bodily injury and liability coverage of each policy; and

    (g)    the substance of any disclaimer of liability contained in each such policy.

**ANSWER:**

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

PLAINTIFF,
RICHARD ROQUÉ

By _____
Jose M. Rojas
Federal Bar No. ct22569
For Shipman & Goodwin
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5700
Jrojas@goodwin.com
His Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Interrogatories were mailed, postage prepaid, this ___17th___ day of November 2003, to:

Robert Avery Rhodes, Esq.
Stephen P. Fogerty, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

_____
Jose M. Rojas

357295 v.01

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385