FILED

2003 DEC -4 P 12: 19

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUÉ, | : | CIVIL ACTION NO. |
| | : | 3:00 CV 01583 (SRU/WIG) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OFFICER JAMES S. GARFIELD, | : | |
| INDIVIDUALLY | : | |
| | : | |
| Defendant. | : | DECEMBER 3, 2003 |

## MOTION TO INCUR EXPENSES PURSUANT TO LOCAL RULE 83.10

1. On or about November 21, 2003, the undersigned counsel was appointed as pro bono counsel in the above-captioned case. This is a civil rights action wherein Plaintiff, Richard Roqué, alleges that he was subjected to excessive force by Defendant, James Garfield. Plaintiff has brought an action pursuant to 42 U.S.C. § 1983.

2. As a result of the undersigned counsel's investigation, it has become apparent that there were several witnesses to the incident alleged in Mr. Roqué's Complaint. The undersigned counsel has unsuccessfully attempted to locate these individuals. Because the testimony of these witnesses is necessary for the proper prosecution of this action, it is requested pursuant to L. Civ. R. 83.10 that the Court authorize $1,500 of expenditures for

the payment of an investigator who will attempt to ascertain the whereabouts of these witnesses and proceed to interview them if they are available.

3. Permission is further requested to conduct a deposition of Officer James Garfield, and to obtain the transcripts of said deposition.

4. Lastly, the Court's permission is requested to obtain the transcripts of Mr. Roqué criminal trial relating to the arrest which is the subject of this lawsuit. The transcripts which are at issue are currently being sought by Defendant's counsel. However, in order to obtain a copy of said transcripts from Defendant's counsel, the undersigned counsel has agreed to share the cost of obtaining the transcripts. It is unknown at this time what the exact cost of the transcript will be.

WHEREFORE, for the reasons stated, and pursuant to L. Civ. R. 83.10, the permission to incur the outlined expenses is respectfully requested.

PLAINTIFF,
RICHARD ROQUÉ

By _____
Jose M. Rojas
Federal Bar No. ct22569
For Shipman & Goodwin
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5700
Jrojas@goodwin.com
His Attorney

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion was mailed, postage prepaid, this 3rd day of December 2003, to:

Robert Avery Rhodes, Esq.
Stephen P. Fogerty, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

Jose M. Rojas

359418 v.01