Catucci, R.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar

Honorable Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport

STATUS CONFERENCE HELD

DATE: 12/16/03

December 16, 2003

10:00 a.m.

CASE NO. 3:00cv1583    Roque (Richard) v Garfield

**Telephone Hearing on Pending Motions**

Stephen P. Fogerty
Halloran & Sage
315 Post Rd. West
Westport, CT 06880


Robert Avery Rhodes
Halloran & Sage
315 Post Rd. West
Westport, CT 06880


Jose M. Rojas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819



BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK