00cv1583motamdcmp

50

FILED

2003 NOV -7 P 12: 25

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUÉ, | : | CIVIL ACTION NO. |
| | : | 3:00 CV 01583 (SRU/WIG) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OFFICER JAMES S. GARFIELD, | : | |
| INDIVIDUALLY | : | |
| | : | |
| Defendant. | : | NOVEMBER 6, 2003 |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), the Plaintiff, Richard Roqué, moves for leave to amend his complaint initially filed pro se and in forma pauperis. The proposed First Amended Complaint is attached hereto as Exhibit A. Mr. Roqué initially filed his complaint as a pro se party. The attached complaint attempts to more clearly define the plaintiff's legal and factual claims. No new defendants have been added, and the legal basis for the claim remains 42 U.S.C. § 1983. However, in addition to Mr. Roqué's allegation of excessive force, he additionally pleads that the excessive force was in violation of Mr. Roqué's right to equal protection of the law.

[Handwritten margin note: Granted with respect to count one; denied with respect to Count Two as futile. The plaintiff may file an Amended Complaint consistent with this order. 12/17/03 /s/ So ordered.]

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385