2003 DEC 31 P 2: 02

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUÉ, | : | CIVIL ACTION NO. |
| | : | 3:00 CV 01583 (SRU/WIG) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OFFICER JAMES S. GARFIELD, | : | |
| INDIVIDUALLY | : | |
| | : | |
| Defendant. | : | DECEMBER 30, 2003 |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S
### MOTION TO BIFURCATE THE ISSUE OF PUNITIVE DAMAGES

Defendant has requested bifurcation regarding the *amount* of punitive damages. He does not appear to be requesting that the determination of whether punitive damages are appropriate be bifurcated from the core trial. To the extent this is all defendant is requesting, plaintiff does not object. Defendant requests the opportunity to object and brief the issue if the Court is considering bifurcation of the entire determination of punitive damages from the core case.

SHIPMAN & GOODWIN LLP • *COUNSELORS AT LAW*
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

PLAINTIFF,
RICHARD ROQUÉ

By: /s/ Jose M. Rojas
Jose M. Rojas
Federal Bar No. ct22569
For Shipman & Goodwin
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5700
Jrojas@goodwin.com
His Attorney

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Response was mailed, postage prepaid, on the 30th day of December 2003, to:

Robert Avery Rhodes, Esq.
Stephen P. Fogerty, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

/s/ Jose M. Rojas

361205 v.01