UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD ROQUÉ, | : CIVIL ACTION NO. |
| | : 3:00 CV 01583 (SRU/WIG) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| OFFICER JAMES S. GARFIELD, | : |
| INDIVIDUALLY | : |
| | : |
| Defendant. | : FEBRUARY 23, 2004 |

### JOINT MOTION TO CONTINUE PRETRIAL AND JURY SELECTION

The Plaintiff, Richard Roque, and the Defendant, James Garfield, hereby jointly move to continue the pretrial scheduled for February 24, 2004, and jury selection scheduled for March 11, 2004. On December 16, 2003, the parties conferred with the Court regarding a number of discovery issues, as well as an amendment to the Complaint. At the conference, the Court instructed the parties to attempt to resolve any discovery disputes. Since that time, the parties have worked amicably to resolve discovery issues. Mr. Garfield's counsel has in the interim sought to obtain a number of documents responsive to Plaintiff's discovery requests. It is the parties' expectation that many of these items will be provided in the near future.

However, as of the date of this motion, these items have not yet been received. Accordingly, this case is not yet ready to be pretried or to have a jury selected. Within two weeks of this motion, the parties will jointly file a discovery plan, to be approved by the Court.

The parties respectfully request that the Court continue the pretrial scheduled for February 24, 2004, and the jury selection scheduled for March 11, 2004, to a date in the future as will be requested in the discovery plan submitted by the parties.

PLAINTIFF,
RICHARD ROQUÉ

By: _____
Jose M. Rojas
Federal Bar No. ct22569
For Shipman & Goodwin
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5700
Jrojas@goodwin.com
His Attorney

## CERTIFICATION OF SERVICE

    I hereby certify that a copy of the foregoing Joint Motion was mailed, postage prepaid, on the 23rd day of February, 2004, to:

Robert Avery Rhodes, Esq.
Stephen P. Fogerty, Esq.
Halloran & Sage
315 Post Road West
Westport, CT  06880

_____
Jose M. Rojas