FILED

2004 FEB 24  P 12: 46

Granted. A new jury selection date will be set by future order. So ordered. /s/ [illegible] 2/24/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD ROQUÉ, | : CIVIL ACTION NO. *cw* |
| | : 3:00 CV 01583 (SRU/WIG) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| OFFICER JAMES S. GARFIELD, | : |
| INDIVIDUALLY | : |
| | : |
| Defendant. | : FEBRUARY 23, 2004 |

## JOINT MOTION TO CONTINUE PRETRIAL AND JURY SELECTION

The Plaintiff, Richard Roque, and the Defendant, James Garfield, hereby jointly move to continue the pretrial scheduled for February 24, 2004, and jury selection scheduled for March 11, 2004. On December 16, 2003, the parties conferred with the Court regarding a number of discovery issues, as well as an amendment to the Complaint. At the conference, the Court instructed the parties to attempt to resolve any discovery disputes. Since that time, the parties have worked amicably to resolve discovery issues. Mr. Garfield's counsel has in the interim sought to obtain a number of documents responsive to Plaintiff's discovery requests. It is the parties' expectation that many of these items will be provided in the near future.