UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD ROQUÉ          :
                       :     CIVIL ACTION NO.
    v.                 :     3:00 CV 1583 (SRU)(WIG)
                       :
JAMES S. GARFIELD      :

**VERDICT FORM**

We, the jury, unanimously find as follows:

1. Did the plaintiff prove, by a preponderance of the evidence, that the defendant violated section 1983 by using excessive force during the arrest?

   Yes ____          No ✓

   *If your answer to question 1 is yes, please proceed to question 2.*
   *Otherwise sign and date the form.*

2. Has the plaintiff proven, by a preponderance of the evidence, that he is entitled to compensatory damages?

   Yes ____          No ____

   A. If so, what amount of compensatory damages do you award him?

      $ _____

   B. If not, what amount of nominal damages do you award him?

      $ _____

   *If your answer to question 2 is yes, please proceed to question 3.*
   *Otherwise sign and date the form.*

3. Keeping in mind the instruction on punitive damages, does the defendant's conduct warrant an award of punitive damages?

Yes \_\_\_\_   No \_\_\_\_

*Please sign and date this verdict form.*

\_\_\_\_\_*Jose M Padilla*_____       \_\_\_9/8/2004\_\_\_
　　　　　Foreperson　　　　　　　　　　　　　Date