*3:00 CV 1583 (SRU)(WEG)*

*Roque vs. Garfield*

4. **Length of Time**

   Trial time estimated to be 1-2 days of evidence.

5. **Further Proceedings**

   See § 12, Evidentiary Problems.

   *United States District Court*
   *District of Connecticut*
   *FILED AT BRIDGEPORT*
   *9/8/04*
   *Kevin F. Rowe, Clerk*
   *By: [signature]*

6. **Nature of Case**

   The present matter arises from the arrest of the plaintiff following a motor vehicle stop on August 31, 1997. The plaintiff claims that Officer Garfield used unreasonable force in making the arrest. The defendant contends that the plaintiff used physical force to resist arrest and assault Officer Garfield, and that Officer Garfield's actions in arresting the plaintiff were reasonable.

7. **Election for Trial by Magistrate**

   The parties have no objection to trial before a magistrate judge.

8. **Plaintiff's List of Witnesses**

   *9-7-04*
   *9/8/04*

   (1) Plaintiff, Richard Roque, *BPT* will testify about the facts and circumstances surrounding his arrest and injuries, and also concerning the nature and extent of his injuries and their effect upon his life. Estimated time of testimony is three (3) hours.

   (2) Jesus Roman will testify about the facts and circumstances surrounding the plaintiff's arrest and injuries. Estimated time of testimony is thirty (30) minutes.

   *9/7/04 -*
   *9-7-04*

   *James Garfield - Milford, CT*
   *Sergeant T. Meyer - Milford CT*

2

SHIPMAN & GOODWIN® LLP • COUNSELORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385