*3:00CV1583 (SRU)(WIG)*

*Roque vs. Garfield*

*[stamp, illegible]*
*9/8/04*

(3)   Nereida DeJesus will testify about the facts and circumstances surrounding the plaintiff's arrest and injuries. Estimated time of testimony is thirty (30) minutes.

(4)   James Garfield will testify about the facts and circumstances surrounding the apprehension and arrest of Richard Roque. Estimated time of testimony is one (1) hour.

(5)   Sergeant T. Meyer will testify about the facts and circumstances surrounding the apprehension and arrest of Richard Roque. Estimated time of testimony is thirty (30) minutes.

9.   **Defendant's List of Witnesses**

*9/7/04 —*
*called by Pla*

*9. 7 - 04*
*called by Pla*

(1)   James Garfield will testify about the facts and circumstances surrounding the apprehension and arrest of Richard Roque. Estimated time of testimony is 30 minutes. *( milford, CT )*

(2)   Sergeant T. Meyer will testify about the facts and circumstances surrounding the apprehension and arrest of Richard Roque. Estimated time of testimony is 30 minutes.

(3)   Officer Anderson will testify about the facts and circumstances surrounding the apprehension and arrest of Richard Roque. Estimated time of testimony is 15 minutes.

(4)   Lt. Neely will testify about the facts and circumstances surrounding the apprehension and arrest of Richard Roque. Estimated time of testimony is 15 minutes.

(5)   Officer Kelly will likely testify about his interview with Mr. Roque. Estimated time of testimony is 15 minutes.

3

SHIPMAN & GOODWIN® LLP •   COUNSELORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385