UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD ROQUE,<br>        Plaintiff<br>V.<br><br>JAMES S. GARFIELD,<br>        Defendant | : CIVIL ACTION<br>: NO. 3:00 CV 1583(SRU)(WIG)<br>:<br>:<br>:<br>:<br>: September 6, 2004 |

### AFFIDAVIT OF JAMES GARFIELD

The undersigned being duly sworn hereby deposes and states:

1. I am over 18 years of age and believe in the obligation of an oath.

2. I am the defendant in the above-captioned matter.

3. I first received notice of the present lawsuit when I received a summons and complaint in my mailbox at the Milford Police Department sometime after October 24, 2001.

4. Prior to the receipt of this summons and complaint, I had no knowledge of this lawsuit.

HALLORAN & SAGE
ATTORNEYS AT LAW
315 Post Road West ▪ Westport, CT 06880 ▪ (203) 227-2855 ▪ Juris No. 412195

*[signature]*
James Garfield

SUBSCRIBED AND SWORN TO before me this 7th day of September, 2004.

*[signature]*
Commissioner of the Superior
Court/~~Notary Public~~

170793.1(HS-FP)