# United States District Court

DISTRICT OF Connecticut    9/8/04

Rogue v. Garfield

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:00CV1583

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Underhill | Rojas | Rhodes |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/7, 8, 2004 | Catucci | Jaimman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 9/7/04 |  | Full | Police Report - (5 pgs) |
| 2 |  | " |  | Full | Narrative - Milford Police Dept (7 pgs) |
| 3 |  | " |  | Full | Supervisors Accident Investigation Report (1 pg) |
| 4 |  | " |  | Full | Milford Police Dept Incident Report (2 pgs) |
| 5 |  |  | ID |  | Superior Court Judicial Dist of Ansonia/Milford Report |
| 12 |  | " | ID |  | Title 209 use of force Report |
| 13 |  | " |  | Full | Hospital Report of James Garfield - (pages 7) |
| 18 |  | " | ID |  | IV. use of Force Continuum |
|  | F | " |  | Full | Photo of Stfd train tracks & station |
|  | GG | " |  | Full | Photo of Stfd train station & Parking Lot w/ cars |
|  | H | " |  | Full | Photo of train station platform |
|  | J | " |  | Full | Photo of Parked Cars @ Stfd train station |
| 17 |  | " | ID |  | Connecticut State Police Dept Public Safety Report |
| 19 |  | " |  | Full | Handcuff |
| 20 |  | " |  | Full | Photo Railroad Station |
|  | C | " |  | Full | Two Stones |
| 11 |  | " |  | Full | Instruction manual for Handcuff |
|  | FF | " |  | Full | Photo Railroad Station - Parking Area |
|  | N | " |  | Full | Photo of Railroad Station - Ramp entrance to platform |
|  | EE | " |  | Full | Photo of a car in front of Railroad Ramp |
| 21 |  | " | ID |  | Full content of Police Report |
| 6 |  |  | ID |  | Transcript - Gordon Meyer |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3  Pages

Rogue vs. Garfield   CASE NO. 3:00 CV 1583 (SRU)

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 7 | | 9-7-04 | | Full | Incident Report |
| | T | 9/8/04 | ID | | |
| | AA | " | ID | | |
| | BB | " | " | | |
| | CC | " | " | | |
| | DD | " | " | | |
| | LL | " | " | Full | Document – Partial Psort Transcript |
| 6A | | " | | Full | Ex Suppe Dep. |
| | MM | " | | Full | Complaint of Richard Rogue |
| | NN | | | Full | Clinical Record |
| | A | 9/8/04 | ID | | Superior Court Records |
| | II | " | | Full | Dept of Correction Record |
| 8 | | " | | Full | Utilization Review Request |
| 9 | | " | | Full | Hospital Report - Yale |
| | OO | 9/8/04 | | Full | Photograph of Richard Rogue |
| 16 | | " | | Full | Photograph @ Train Station |
| | PP | " | | Full | Partial Psort Transcript - Bottom of Page |
| | JJ | " | | Full | Medical Consultant's Report 9-2-99 |
| | KK | " | | Full | Clinical Record |
| | S | " | | Full | Request for Mental Health Services |
| | U | " | | Full | Initial Psychiatric Evaluation |
| | V | " | | Full | Health History |
| | W | " | | Full | Diagnostic Radiologic Report 11/19/99 |
| | X | " | | Full | Diagnostic Radiologic Report 5/4/99 |
| | Y | " | | Full | Diagnostic Radiologic Report 11/10/98 |
| | HH | " | | Full | Photo Railroad Ramp |
| | Q | " | | Full | Photo Railroad Ramp |
| | Z | " | | Full | Document Medical Incident Report |

via stipulation

Page 2 of 2 Pages

→ over

| | | | |
|---|---|---|---|
| M | 9-8-04 | Full | Photo – Railroad Parking Lot Area |
| O | " | Full | Photo – Top of Railroad Ramp |
| P | " | Full | Photo – Railroad Ramp |
| G | " | Full | Photo – Train Tracks |
| I | " | Full | Photo – Train Tracks |
| K | " | Full | Parking Area – Railroad Station |
| L | " | Full | Photo Frontside Railroad Station |