# United States District Court

DISTRICT OF _____

Court Exhibit

Rogue v. Garfield

EXHIBIT ~~AND WITNE~~SS LIST

CASE NUMBER: _____

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Underhill | Rojas | Rhodes |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/8/2004 | Catucci | Jaimna |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/8/04 | | | (1) Jury Instructions |
| | | " | | | (2) Verdict Form |
| | | " | | | (3) Note from the Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages