UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RICHARD ROQUE

    v                                                                       3:00 CV 1583 (SRU)

JAMES S. GARFIELD


## JUDGMENT

    This matter came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge. On September 8, 2004, after deliberation, the jury returned a verdict in favor of the defendant.

    Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendant James S. Garfield against the plaintiff Richard Roque.

    Dated at Bridgeport, Connecticut, this 16th day of September, 2004.


                                                                                      KEVIN F. ROWE, Clerk

                                                                                      By /s/ Alice Montz
                                                                                           Deputy Clerk

Entered on Docket _____