UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

September 8, 2004

Jose M. Rojas
Shipman & Goodwin -ConstPlza-Htfd
One Constitution Plaza
Hartford, CT 06103-1919

Re: Case Name: Roque vs. Garfield
    Number: 3:00cv1583(SRU)(WIG)

Dear Attorney: Rojas

As the above matter has been disposed of in this court:

Enclosed are your exhibit(s)  1, 2, 3, 4, 13, 19, 20, 4, 7, 64, 8, X, 16

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
Rody Jaiman
Deputy Clerk

ACKNOWLEDGMENT _____  DATE: 9-8-04