# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

September 8, 2004

Robert Avery Rhodes
Halloran & Sage
315 Post Rd. West
Westport, CT 06880

Re: Case Name: Roque vs. Garfield
    Number: 3:00cv1583(SRU)(WIG)

Dear Attorney: Rojas

As the above matter has been disposed of in this court:

Enclosed are your exhibit(s) [handwritten list, illegible]

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
    Rody Jaiman
    Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 9-9-04