UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Prisoner Authorization Form

9/15/04

Case Number: 3:00CV1583(SRU)(WIG)

Filing Date : _____
(To be filled in by Clerk)

Inmate Name: Richard Roque

Inmate Number: #202,380

D.O.C. Facility: Willard Corr. Inst.

Case Caption: RICHARD ROQUE v. JAMES S. GARFIELD

I, Richard Roque, request and authorize the Department of Correction or any other agency holding me in custody, to send to the CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT, certified copies of my inmate trust fund account statements (or the institutional equivalent) for the past six months.

I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915 (b), to deduct those amounts from my inmate trust fund account (or institutional equivalent) and to disburse those amounts AS INSTRUCTED BY THE UNITED STATES DISTRICT COURT.

This authorization is furnished with the above numbered and entitled case and shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT IF I AM PERMITTED TO PROCEED IN FORMA PAUPERIS THE ENTIRE FILING FEE OF $150 WILL BE PAID IN MONTHLY INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY INMATE TRUST FUND ACCOUNT **EVEN IF MY CASE IS DENIED OR DISMISSED**. Or FEE OF $105 FOR APPEAL.

_Richard Roque_                September 13, 2004
Signature of Inmate              Date Signed