UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD ROQUE, : CIVIL ACTION
PLAINTIFF, :
V. : NO. 3:00cv1583(SRU)(WIG).
:
JAMES S. GARFIELD :
DEFENDANT. : September 13, 2004.

## NOTICE OF APPEAL

Pursuant to the Federal Rules of Appellate Procedure Rule 4(b).

The Plaintiff, Richard Roque, pro se, respectfully moves for a appeal on the above captioned matter.

On September 8, 2004, Court entered a final Section 42 U.S.C. § 1983 decision.

The Plaintiff, moves for an appeal at this time.

Page 2:

The Plaintiff, moves and claims that his decision should be reversed on the grounds that the defendant's testimony was incredible, and the Jury verdict against the weight and the Judge's Stipulation of the evidence given to the Jury was improper.

The Plaintiff, moves and wishes to enter the appeal in a timely manner and gives notice of appeal. See Fed. R. App pro. 3&4. The Plaintiff, must be allowed to file an appeal. See (with or without payments) of docket fees. See id. at 822 (1977); —

Page 3:

See also 28 U.S.C.A. § 1914 (West Supp. 1997)( Court haved ruled that collection of Fed. court fees through installment payments does not violate equal protection nor deny access to courts.

See e.g. Nicholas V. Tucker 114 F.3d 17, 18-19 (2d Cir. 1997); See also e.g. 28 U.S.C.A. § 1915(b)(4)(West Supp. 1997); Conn. Gen. Stat. § 52-259b (1997)(No inmate, should be prevented from filing an appeal due to inability to pay court fees.

Court entered the final judgment and Plaintiff seeks an appeal.

Page 4:

## JUSTICE

The Plaintiff, Richard Roque, pro se, seeks an appeal and justice of his right to equal protection of the law and the Fourth and Fourteenth Amendments to the United States Constitution); See United States v. Roy, 734 F.2d 108, 110 (2d Cir. 1984); See also Plyler v. Doe, 457 U.S. 202, 216 (1982).

Pages:

PLAINTIFF,
RICHARD ROQUE.

BY:
*Richard Roque*
Richard Roque, Plaintiff,
pro se.

Willard Corr. Inst.
391 Shaker Road
Enfield, CT 06082.
Tel. (860) 763-6106.

cc: RICHARD Roque

*Richard Roque*
Richard Roque