UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUÉ, | : | CIVIL ACTION NO. |
| | : | 3:00 CV 01583 (SRU/WIG) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OFFICER JAMES S. GARFIELD, | : | |
| INDIVIDUALLY | : | |
| | : | |
| Defendant. | : | SEPTEMBER 24, 2004 |

### MOTION FOR RELIEF FROM APPOINTMENT

Pursuant to L. Civ. R. 83.10(d), the undersigned counsel moves for permission to withdraw as counsel for Richard Roque and to be relieved from appointment as pro bono counsel. Withdrawal is requested for the following reasons:

1. The undersigned counsel was appointed to act as trial counsel for Mr. Roque. A judgment has subsequently entered.

2. L. Civ. R. (h)(1) provides that the duration of representation ends upon the entry of a final judgment in the District Court. A final judgment has entered.

3. However, L. Civ. R.(h)(2) provides that the appointed attorney is "encouraged <u>but not required</u> to represent the party on appeal."

4.  L. Civ. R. provides that "where the appointed attorney elects not to represent the party on appeal . . . the attorney shall advise the party of all required steps to be taken in perfecting the appeal." The rule further provides that "upon request of the pro se party the attorney shall file the notice of appeal."

5.  In the instant case, the undersigned counsel has: (1) filed a notice of appeal; (2) has met with Mr. Roque and advised him of all relevant deadlines; and (3) has sent a letter to Mr. Roque indicating his intent to terminate the attorney-client relationship.

For the reasons stated above, the undersigned counsel respectfully requests permission to withdraw as counsel.

PLAINTIFF,
RICHARD ROQUÉ

By _____
Jose M. Rojas
Federal Bar No. ct22569
For Shipman & Goodwin
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5700
Jrojas@goodwin.com
His Attorney

## CERTIFICATION OF SERVICE

     I hereby certify that a copy of the foregoing motion was mailed on September 23, 2004, to:

Robert Avery Rhodes, Esq.
Stephen P. Fogerty, Esq.
Halloran & Sage
315 Post Road West
Westport, CT  06880

Richard Roque (#202380)
Willard-Cybulski Correctional Institution
391 Shaker Road
Enfield, CT  06082

                                                   José M. Rojas

381820 v.01