UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD ROQUÉ, | : CIVIL ACTION NO. |
| | : 3:00 CV 01583 (SRU) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| OFFICER JAMES S. GARFIELD, | : |
| INDIVIDUALLY | : |
| | : |
| Defendant. | : SEPTEMBER 24, 2004 |

### NOTICE OF APPEAL

1.   Pursuant to F.R.A.P. 4(a)(1), plaintiff, Richard Roque hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered for the defendant, James Garfield, following a jury verdict in favor of same.

2.   The Judgment in this action was signed on September 16, 2004 and entered on the docket on September 17, 2004, following a verdict on September 8, 2001.

PLAINTIFF,
RICHARD ROQUÉ

By /s/ Jose M. Rojas
Jose M. Rojas
Federal Bar No. ct22569
For Shipman & Goodwin
One American Row
Hartford, CT 06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5700
Jrojas@goodwin.com
His Attorney

CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed on September 23, 2004, to:

Robert Avery Rhodes, Esq.
Stephen P. Fogerty, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

Richard Roque (#202380)
Willard-Cybulski Correctional Institution
391 Shaker Road
Enfield, CT 06082

/s/ Jose M. Rojas

381909 v.01