UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 OCT -1  P 3:41

U.S. DISTRICT COURT
BRIDGEPORT, CONN

RICHARD ROQUE,

v.

JAMES S. GARFIELD

CIVIL CASE NO. 3:00CV1583(SRU)(WIG)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), RICHARD ROQUE hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order):
This matter came on for trial before a jury and the Honorable Judge Stefan R. Underhill, United State District Judge. On September 8, 2004, after deliberation, the jury returned a verdict in favor of the defendant.

2. The Judgment /Order in this action was entered on 9-16-04 / 9-17-04
(date)

3. Notice of appeal has been notify by Atty. Jose M. Rojas to all parties.

Date: 9-23-04.

x Richard Roque
Signature

RICHARD ROQUE
Print Name

RICHARD ROQUE
W-CCI 391 Shaker Rd. Enfield CT 06082
Address

Tel. NO (860) 763-6106.
Telephone Number

Date: 9-28-04

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).