STATE OF CONNECTICUT
DEPARTMENT OF CORRECTION

Richard Rogue
Plaintiff.

FILED

Oct 18  2 45 PM '04
PRISONER
NEW HAVEN CONN

Civil No. 3:00cv1583(SRU)(WIG).

V.

James S. Garfield
Defendant.

September 20, 2004.

## NOTICE OF APPEAL

Pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure. The Plaintiff, Richard Rogue, pro se, gave notice of an appeal to the Federal Court. On September 8, 2004, the Court entered a final judgment. This Case was actully base on a 42 U.S.C.§1983, the Plaintiff, claiming the Fourth and Fourteenth of

Page 2:

his Constitutional rights of equal protection of the law. The defendant on the case, is and was a Milford police officer, at the time of the alleged case. On September 14, 2004 approxmely, the Plaintiff gave the federal court a notice of an appeal; See Fed. R. App. pro. 3 &4). The Plaintiff, Richard Roque, pro se, also gives notice of appeal in a timely manner; See Smith V. Barry, 502 U.S. 244, 246-47 (1992); See also FED. R. App. P.3(c) (appeal shall not be dismissed for informality of form or title of the notice of appeal); See also e.g. Boguslavsky V. Richmond sec., 225 F.3d 127, 129 n.1 (2d Cir. 2000)(-

appellate brief could properly be treated as notice of appeal with respect to judgment absent separate document entering judgment of district court).

## CERTIFICATION

I hereby certify that a true, notice of appeal was sent by mail on this 14th day of 2004 to:

OFFICE OF THE CLERK
United States District Court
  U.S. Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604.

Respectfully Submitted,

BY: *Richard Rogue*
Richard Rogue, Plaintiff,
pro se

cc: R.R.

Willard-Corr.Inst. 391 Shaker Road, Enfield, CT 06082.

Peace officer, James S. Garfield, left the Plaintiff, Richard Roque, with life disabilities; See 42 U.S.C. § 12101 et seq. (1994); especially 42 U.S.C. § 12131-12132); See also Giano V. Senkowski, 54 F.3d 1050, 1057 (2d Cir. 1995).

RECEIVED
04 SEP 23 AM 10: 15
U.S. COURT OF APPEALS
SECOND CIRCUIT