UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

NOV - 4 2004

RICHARD Roque                                    PRISONER
PLAINTIFF                    CIVIL NO. 3:00CV01583(SRU).

2004 DEC 14 P 2: 02

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

                                            App Docket NO. 04-5376-pr.
V.


OFFICER JAMES S. GARFIELD
DEFENDANT.                          OCTOBER 18, 2004.

MOTION FOR APOINTMENT OF COUNSEL

Pursuant to the Fed. R. of CIV. P. and under

28 U.S.C. § 1915, the Plaintiff, Richard Roque, prose,

Moves that the Court provide the Plaintiff, prose,

with an Attorney. Concerning his appeal on the

above captioned matter. The Plaintiff, Richard Roque,

prose, respectfully moves that the Second Circuit

provide the Plaintiff, with Counsel, the favor for

Same from the Judgment entered on September 17,

2004, following the Verdict on September 8, 2004.

<u>NOTICE OF NEW ADDRESS</u>

The Plaintiff, Richard Roque, pro se, respectfully moves and gives notice, of new address, at this time. Please note new address, which is at:

Operation Hope, 50 Nichols St. Ffld, CT 06824.
Hm. Tel. (203) 255-5837.
OFC. Tel. (203) 254-2435.  PLAINTIFF
Roque VS, Garfield (App. No. 04-5376 p).  RICHARD ROQUE,

<u>CERTIFICATION OF SERVICE</u>

I hereby certify, that a true copy, of the foregoing was mailed, on December 13, 2004 to:

ROBERT AVERY RHODES Esq.
STEPHEN P. FOGERTY Esq.
HALLORAN & SAGE
315 Post Road West
Westport, CT 06880.

Richard Roque
Richard Roque, pro se,