UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD ROQUE,<br>    Plaintiff | : | CIVIL ACTION<br>NO. 3:00 CV 1583(SRU)(WIG) |
| V. | : | |
| JAMES S. GARFIELD,<br>    Defendant | : | JANUARY 11, 2005 |

## **APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

The undersigned hereby gives notice of his Appearance as counsel for the

defendant, James S. Garfield, in the above-captioned matter.

>                          DEFENDANT,
>                          JAMES GARFIELD
>
>
>                          By _____
>                          James V. Somers
>                          Fed. Bar #ct 14525
>                          HALLORAN & SAGE LLP
>                          One Goodwin Square
>                          225 Asylum Street
>                          Hartford, CT 06103
>                          (860) 522-6103



One Goodwin Square          HALLORAN          Phone (860) 522-6103
225 Asylum Street           & SAGE LLP        Fax (860) 548-0006
Hartford, CT 06103                            Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 11th day of January, 2005, I hereby mailed a copy of the foregoing to:

Jose M. Rojas, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

Richard Roque, pro se
Willard Correctional Institute
391 Shaker Road
Enfield, CT 06082

 

                                        James V. Somers

635560_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105