**MANDATE**

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Roseann B. MacKechnie
CLERK

Date:              7/28/06

Docket Number:     04-5376-pr
Short Title:       Roque v. Garfield
DC Docket Number:  00-cv-1583
DC:                CONNECTICUT (NEW HAVEN)
DC Judge:          Honorable Stefan Underhil



At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 28th        day of  July,  two thousand and six.

Richard  Roque,

    Plaintiff-Appellant,
            v.                                    04-5376-pr
James  Garfield S., ofcr, ind,

    Defendant-Appellee.

A scheduling order in  accordance with the *Civil Appeals Management Plan* of this court  having been entered therein, requiring the record on appeal, the appellant`s  brief and  the joint appendix  to be filed  on  or before  the  dates  stated  on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Roseann B. MacKechnie, Clerk

By:  Elizabeth  Munoz
Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Certified:

JUL 2 8 2006